```
                                    FILED
                              U.S. DISTRICT COURT
                              EASTERN DISTRICT OF LA

                              2006 MAY 26  PM 4:20

                              LORETTA G. WHYTE
                                    CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOE KEITH SMITH | CIVIL ACTION |
| VERSUS | NO. 04-3126 |
| OFFSHORE SPECIALTY FABRICATORS, INC. | SECTION "D" (2) |

### ORDER

The court, after considering the complaint in intervention, the record, the applicable law and the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that plaintiff's Motion to Compel Settlement and for Attorney's Fees/Costs is DENIED and the captioned case is REOPENED for further proceedings as provided herein.

**IT IS FURTHER ORDERED** that [the "Motion for Evidentiary Hearing" filed by Best & Koeppel, and] the claims asserted in the intervention concerning the appropriate sharing, if any, between plaintiff's counsel and the intervenors of the stipulated attorney's fee is hereby REFERRED to Magistrate Judge Wilkinson for



```
___ Fee_____
___ Process___
 X  Dktd_____
___ CtRmDep__
___ Doc. No.__
```

preparation of findings and recommendations, following a settlement conference concerning this issue, which Magistrate Judge Wilkinson will conduct.

New Orleans, Louisiana, this 25 day of May, 2006.

_____
UNITED STATES DISTRICT JUDGE